1  Lawrence J. Gornick (SBN 136290)
2  Laura M. Brandenberg (SBN 238642)
   **LEVIN SIMES KAISER & GORNICK LLP**
3  44 Montgomery Street, 36th Floor
   San Francisco, CA 94104
4  Telephone: (415) 646-7160
   Fax: (415) 981-1270
5  lgornick@lskg-law.com
   lbrandenberg@lskg-law.com
6
   Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD TOMAN; and THERESA TOMAN,<br><br>               Plaintiffs,<br>   vs.<br><br>DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>               Defendants. | Case No: CV-11-04747 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT** |

On September 22, 2011, Defendant DePuy Orthopaedics, Inc. ("DePuy") removed the above-captioned case, *Toman, et al., v. DePuy Orthopaedics, Inc., et al.*, N.D. California, Case No. CV-11-04747 WHA, to the United States District Court, Northern District of California pursuant to 28 U.S.C. § 1441(b). Defendant Thomas P. Schmalzried, a professional corporation ("Schmalzried") did not join in the removal. On September 29, 2011, Plaintiffs timely filed a Motion to Remand contesting federal removal jurisdiction. On October 13, 2011, DePuy filed a Notice of Non-Opposition to the Plaintiffs' Motion to Remand.

Now, therefore, Plaintiffs and DePuy hereby stipulate and agree that this case be remanded to San Francisco Superior Court.

IT IS SO STIPULATED:

643425.1 / 25-109        - 1 -        CV-11-04747 WHA
STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT

Dated: October 17, 2011         LEVIN SIMES KAISER & GORNICK LLP

                                By:   /s/ Laura M. Brandenberg
                                      Lawrence J. Gornick, Esq.
                                      Laura Brandenberg, Esq.
                                      Attorneys for Plaintiffs

Dated: October 17, 2011         YUKEVICH CALFO & CAVANAUGH

                                By:   /s/ Alexander G. Calfo
                                      Alexander G. Calfo
                                      Kelley S. Olah
                                      Attorneys for Defendant DEPUY
                                      ORTHOPAEDICS, INC.

Pursuant to Stipulation of the parties, this action is REMANDED to San Francisco Superior Court. **THE CLERK SHALL FORWARD THE FILE.** All hearings in this matter are **VACATED**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2011.        _____
                                HONORABLE WILLIAM ALSUP

643425.1 / 25-109                    - 2 -                       CV-11-04747 WHA

STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT