Lawrence J. Gornick (SBN 136290)
Laura M. Brandenberg (SBN 238642)
**LEVIN SIMES KAISER & GORNICK LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA 94104
Telephone:  (415) 646-7160
Fax:  (415) 981-1270
lgornick@lskg-law.com
lbrandenberg@lskg-law.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| RONALD TOMAN; and THERESA TOMAN,<br><br>　　　　　　　　Plaintiffs,<br>　　vs.<br><br>DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D. A PROFESSIONAL CORPORATION; and DOES 1 through 20, inclusive,<br><br>　　　　　　　　Defendants. | Case No:  CV-11-04747 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO REMAND CASE TO SAN FRANCISCO SUPERIOR COURT** |

　　　　On September 22, 2011, Defendant DePuy Orthopaedics, Inc. ("DePuy") removed the above-captioned case, *Toman, et al., v. DePuy Orthopaedics, Inc., et al.*, N.D. California, Case No. CV-11-04747 WHA, to the United States District Court, Northern District of California pursuant to 28 U.S.C. § 1441(b).  Defendant Thomas P. Schmalzried, a professional corporation ("Schmalzried") did not join in the removal.  On September 29, 2011, Plaintiffs timely filed a Motion to Remand contesting federal removal jurisdiction.  On October 13, 2011, DePuy filed a Notice of Non-Opposition to the Plaintiffs' Motion to Remand.

　　　　Now, therefore, Plaintiffs and DePuy hereby stipulate and agree that this case be remanded to San Francisco Superior Court.

　　　　IT IS SO STIPULATED:

| | | |
|---|---|---|
| Dated: October 17, 2011 | | LEVIN SIMES KAISER & GORNICK LLP |

By:  /s/ Laura M. Brandenberg
Lawrence J. Gornick, Esq.
Laura Brandenberg, Esq.
Attorneys for Plaintiffs

Dated:   October 17, 2011              YUKEVICH CALFO & CAVANAUGH

By:  /s/ Alexander G. Calfo
Alexander G. Calfo
Kelley S. Olah
Attorneys for Defendant DEPUY ORTHOPAEDICS, INC.

Pursuant to Stipulation of the parties, this action is REMANDED to San Francisco Superior Court. **THE CLERK SHALL FORWARD THE FILE.** All hearings in this matter are **VACATED**.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 18, 2011.

_____
HONORABLE WILLIAM ALSUP